UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

JOSEPH SCOTT,

                                    Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR-844  (UA)

Defendant _____JOSEPH SCOTT_____ hereby voluntarily consents to participate in the following proceeding via  x   videoconferencing or  X   teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

__X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


 /s/ Joseph Scott by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

DANIEL S. PARKER /S/
_____
Defendant's Counsel's Signature

    JOSEPH SCOTT
_____
Print Defendant's Name

DANIEL S. PARKER
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 9-11-2020
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge