UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

             -against-

CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE

20-CR-444 (VB)

JOSEPH SCOTT,

                                         Defendant(s).

-----------------------------------------------------------X

Defendant _____JOSEPH SCOTT_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/ Detention Hearing

_x_     Conference Before a Judicial Officer, including conference scheduled for December 10, 2020 or any conference thereafter

_Joseph Scott (VB)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Joseph Scott_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature
signed electronically

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/10/20_
Date

_[signature]_
U.S. District Judge/ U.S. Magistrate Judge