UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

JOSEPH SCOTT,

                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 444 (VB)

Defendant _____JOSEPH SCOTT_____ hereby voluntarily consents to participate in the following proceeding via ___~~videoconferencing~~ or _x_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_x_ Conference Before a Judicial Officer, including conference scheduled for February 12, 2021

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JOSEPH SCOTT
Print Defendant's Name

_____
Defendant's Counsel's Signature
signed electronically

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/12/21
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

2/12/21