UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

JOSEPH SCOTT,

                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR-444 (VLB)

[SDNY ELECTRONICALLY FILED stamp, DATE FILED: 4/9/21]

Defendant _____JOSEPH SCOTT_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x__ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_x__ Conference Before a Judicial Officer, including conference scheduled for April 9, 2021

_Joseph Scott (by DP)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JOSEPH SCOTT
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature
signed electronically

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_4/9/21_
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~