UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA      :
                              :     **ORDER**
v.                            :
                              :     20 CR 444-3 (VB)
JOSEPH SCOTT,                 :
                 Defendant.   :
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/24

    Having (i) reviewed defendant Joseph Scott's application for early termination of supervised release (Doc. #240); (ii) consulted with Mr. Scott's probation officer, who supports early termination; and (iii) considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Scott's conduct and the interest of justice.

    Accordingly, it is HEREBY ORDERED that supervised release is terminated, and defendant Joseph Scott is discharged therefrom, effective immediately.

Dated: May 31, 2024
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge